Ethan J. Brown (SBN 218814)
*ethan@bnsklaw.com*
Jill R. Glennon (SBN 204506)
*jill@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff*
LUMA PICTURES INC.

UNTIED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LUMA PICTURES INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN BETUEL, an Individual,<br><br>  Defendant. | CASE NO.: 2:16-cv-02625-GW(PLAx)<br><br>**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT TO WAIVE PERSONAL SERVICE** |

**STIPULATION TO WAIVE PERSONAL SERVICE**

TO THE HONRABLE GEORGE H. WU, UNITED STATES DISTRICT COURT JUDGE:

    Plaintiff Luma Pictures, Inc. and Defendant Jonathan Betuel hereby stipulate and agree as follows:

    1. Drew Sherman of Adli Law Group, on behalf of Jonathan Betuel, waives personal service of the Summons and Complaint in this matter.

    2. Jonathan Betuel agrees to respond to the Complaint within thirty (30) days of both parties signing this stipulation.

Dated: May 25, 2016        Respectfully submitted,

**BROWN NERI SMITH & KHAN LLP**

By: /s/ Ethan J. Brown
    Ethan J. Brown
    *Attorneys for Plaintiff*
    *LUMA PICTURES INC.*

Dated: May 26, 2016        **ADLI LAW GROUP**

By: /s/ Drew H. Sherman
    Drew H. Sherman
    *Attorneys for Defendant*
    *JONATHAN BETUEL*