Dariush G. Adli, SBN 204959
 adli@adlilaw.com
Drew H. Sherman, SBN 237045
 drew.sherman@adlilaw.com
A. Tyler Mellos, SBN 294501
 tyler.mellos@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone:  (213) 623-6546
Facsimile:  (213) 623-6554

Attorneys for Defendant,
Johnathan Beutel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMA PICTURES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BETUEL, an individual,<br><br>Defendant. | Case No. 2:16-cv-02625-GW(PLAx)<br><br>Honorable George H. Wu<br><br>**PARTIES JOINT STIPULATION FOR DEFENDANT TO AMEND COUNTERCLAIMS AND THIRD PARTY CLAIMS** |

JOINT STIPULATION TO AMEND COUNTERCLAIMS AND THIRD PARTY CLAIMS

1920.201

1  THIS STIPULATION is made by and between the parties through their undersigned
2  attorneys.
3  WHEREAS Defendant has filed and served counterclaims and third party claims in
4  this action;
5  WHEREAS Counter-Defendant and Third Party Defendant have yet to respond to
6  the counterclaims and third party claims, respectively;
7  WHEREAS new information has come in to the possession of Defendant which has
8  a bearing on his counterclaims and third party claims:
9  WHEREAS Defendant wishes to amend his counterclaims and third party claims;
10 WHEREAS Counter-Defendant and Third Party Defendant are agreeable to allow
11 Defendant to amend his counterclaims and third party claims, respectively; and
12 WHEREAS this is Defendant's first stipulation to amend his counterclaims and third
13 party claims.
14 IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
15 Defendant shall amend his counterclaims and third party claims without opposition
16 from Counter-Defendant and Third Party Defendant by no later than August 8, 2016
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1920.201

1
JOINT STIPULATION TO AMEND THE COUNTERCLAIMS AND THIRD PARTY CLAIMS

1  IT IS SO STIPULATED.

                                  ADLI LAW GROUP, P.C.

7  Dated: July 26, 2016        By:  */s/ Drew H. Sherman*
                                              Dariush G. Adli, Esq.
                                              Drew H. Sherman, Esq.
                                              A. Tyler Mellos, Esq.
                                              *Attorneys for Defendant*
                                              JONATHAN BETUEL

12  Dated:    July 26 2016        Brown Neri Smith & Khan LLP

                                              By:/s/Ethan Brown
                                              Ethan Brown
                                              *Attorneys for Counter-Defendant and Third Party Defendant*
                                              LUMA PICTURES, INC. and
                                              PAYAM SHOHADAI

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1920.201

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document:

**PARTIES JOINT STIPULATION FOR DEFENDANT TO AMEND COUNTERCLAIMS AND THIRD PARTY CLAIMS**

with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on July 26, 2016.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 26, 2016 in Los Angeles, California.

Dated: July 26, 2016        */s/ Drew H. Sherman*
                            Drew H. Sherman, Esq.