UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2625-GW(PLAx) | Date | August 25, 2016 |
|---|---|---|---|
| Title | *Luma Pictures, Inc. v. Jonathan Betuel* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill Ray Glennon | Drew Harris Sherman |

**PROCEEDINGS:** SCHEDULING CONFERENCE

The Court sets the following:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | August 31, 2016 |
| Mediation cutoff | December 2, 2016 |
| Post-Mediation Status Conference | December 5, 2016 at 8:30 a.m. |
| Discovery cutoff | January 6, 2017 |
| Expert discovery cutoff | February 2, 2017 |
| Motion hearing cutoff | March 2, 2017 |
| Pretrial Conference | March 30, 2017 at 8:30 a.m. |
| Jury Trial | April 11, 2017 at 9:00 a.m. |

The parties are referred to ADR Procedure No. 2 - Court Mediation Panel.

**cc: ADR Program**

|   |   | : | 02 |
|---|---|---|---|
|   | Initials of Preparer | JG | |