# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-2625-GW(PLAx) | Date | April 17, 2017 |
|---|---|---|---|
| Title | *Luma Pictures, Inc. v. Jonathan Betuel* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill Ray Glennon | Drew Harris Sherman |
| Ethan J. Brown | Dariush G. Adli |

**PROCEEDINGS:** **PRETRIAL CONFERENCE**

Court hears argument as to the motions below. The Court orders as follows:

Luma Pictures, Inc.'s Motion in Limine No. 1 Regarding Witnesses Offered by Jonathan Betuel [80] is continued to April 24, 2017. Defendants will have until noon on April 19, 2017 to file offers of proof as to witnesses and what they will be testifying. Plaintiff will respond by noon on April 21, 2017;

Defendant Jonathan Betuel's Motion in Limine # 1 to Prohibit Plaintiff Luma Pictures, Inc. from Entering Documents and Witness Testimony into the Record at Trial That Were Not Previously Disclosed in Defendant's Rule 26(a)(1)(A) Disclosures [81] is DENIED;

Defendant Jonathan Betuel's Motion in Limine # 2 to Prohibit Plaintiff Luma Pictures, Inc. from Entering Documents into the Record at Trial That Were Produced after the Close of Discovery [82] is GRANTED IN PART and DENIED IN PART. Plaintiff will offer records and objections will be dealt with at time of trial.

The Pretrial Conference is continued to April 24, 2017 at 8:30 a.m. Counsel will have until noon on April 19, 2017 to file a joint exhibit list.

| | : | 42 |
|---|---|---|
| | Initials of Preparer | JG |