UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 16-2625-GW(PLAx) |
| Title: | *Luma Pictures, Inc. v. Jonathan Betuel* |
| Date | April 26, 2017 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie Thibodeaux |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jill Ray Glennon; Ethan J. Brown; Rowannakete Barnes | Drew Harris Sherman; Dariush G. Adli |

__2nd__ Day Court Trial    ____ Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ✔ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
✔ Witnesses called, sworn and testified.   ✔ Exhibits Identified   ✔ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to   April 28, 2017 at 9:00 a.m.   for further trial.
____ Other:

                                                                5  :  25
                                        Initials of Deputy Clerk   JG

cc: