Dariush G. Adli (SBN 204959)
  adli@adlilaw.com
Drew H. Sherman (SBN 237045)
  drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendant Jonathan Betuel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LUMA PICTURES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BETUEL, an individual,<br><br>Defendant. | Case No. 2:16-cv-02625-GW(PLAx)<br><br>Honorable George H. Wu<br><br>**NOTICE OF ERRATA FOR DKT. NO. 151 JOINT REQUEST FOR RULING ON BENACH TRIAL** |
|---|---|

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Counsel for Jonathan Betuel submits this Notice of Errata to correct an inadvertent filing of the Document No. 151 filed on December 19, 2017. Accordingly, please substitute the document in filing having the docket number 151 with the document attached hereto as Exhibit A.

Dated: December 19, 2017      ADLI LAW GROUP P.C.

By: /s/Drew H. Sherman
Drew H. Sherman
*Attorneys for Defendant*
Jonathan Betuel

# EXHIBIT A

Dariush G. Adli, SBN 204959
  adli@adlilaw.com
Drew H. Sherman, SBN 237045
  drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendant,
Johnathan Beutel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMA PICTURES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BETUEL, an individual,<br><br>Defendant. | Case No. 2:16-cv-02625-GW(PLAx)<br><br>Honorable George H. Wu<br><br>**PARTIES JOINT STIPULATION UNDER C.D. CAL. L.R. 83-9.2** |

Pursuant to Local Rule 83-9.2, Plaintiff Luma Pictures, Inc., and Defendant Jonathan Betuel hereby request the Court herein to file and serve a decision on Plaintiff's action for Declaratory Relief without delay.

The bench trial in this matter concluded with closing arguments on July 31, 2017. This Court instructed the parties to "nudge" his honor if no decision was filed within thirty (30) days of closing arguments. The parties "nudged" this Court. The parties were subsequently informed by this Court on November 8, 2017 that a decision and order for judgment would be handed down within thirty (30) days. However, with the understanding by the parties that this Court has a full docket and busy schedule, no decision and order has been provided by this Court.

Local Rule 83-9.1 requires that the Court render and file its decision within 120 days of the matter being submitted, i.e., July 31, 2017. No decision having been rendered, counsel for all parties are required to submit this request within 130 days of this Court taking the matter under submission. (C.D. Cal. L.R. 83-9.2).

IT IS SO STIPULATED.   ADLI LAW GROUP, P.C.

Dated: December 19, 2017   By: */s/ Drew H. Sherman*
　　　　　　　　　　　　　　　Dariush G. Adli, Esq.
　　　　　　　　　　　　　　　Drew H. Sherman, Esq.
　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　JONATHAN BETUEL

Dated: December 18, 2017   Brown Neri Smith & Khan LLP


　　　　　　　　　　　　　　By:/s/Jill Glennon
　　　　　　　　　　　　　　　Jill Glennon
　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　LUMA PICTURES, INC

1
JOINT STIPULATION UNDER LOCAL RULE 83-9.2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document:

**PARTIES JOINT STIPULATION UNDER C.D. CAL. L.R. 83-9.2**

with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on December 19, 2017.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 19, 2017 in Los Angeles, California.

Dated: December 19, 2017        */s/ Drew H. Sherman*
                                Drew H. Sherman, Esq.