# DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMA PICTURES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BETUEL, an individual,<br><br>Defendants. | **Case No.** CV 16-2625-GW(PLAx)<br>Honorable George H. Wu<br><br>**[PROPOSED] JUDGMENT** |

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1920.202

Following a five (5) day bench trial, during which the Court received testimony, evidence and motions, the Court instructed the parties to submit closing briefs in lieu of closing arguments. On January 5, 2018, the Court issued a tentative ruling of findings of fact and conclusions of law (the "First Tentative") and invited the parties to respond to the First Tentative at the hearing on January 8, 2018. At the January 8, 2018 hearing the Court invited the parties to submit a written response to the First Tentative ("Response") and an opposition to the other side's Response ("Opposition") and scheduled another hearing for January 18, 2018 for oral arguments. Each party submitted its Response and Opposition. On January 18 the Court issued a second tentative ruling of findings of fact and conclusions of law (the "Second Tentative") which affirmed the First Tentative, (Dkt. No. 160), in which this Court made factual findings, reached conclusions of law, and rejected Plaintiff's cause of action for declaratory relief. Pursuant to the *Findings of Fact and Conclusions of Law* Judgment is hereby entered as follows:

1. Defendant, Jonathan Betuel, was not engaged in a work for hire relationship at Luma for the authoring of original screenplays;
2. Plaintiff, Luma Pictures, Inc.'s Complaint is dismissed with prejudice and Luma shall take nothing;
3. Defendant may apply to this Court for recovery of attorney's fees as the prevailing party, based on any applicable rule, code, or statute; and
4. Defendant may apply to the Clerk of this District for the recovery of costs herein as provided for by statute or the local rules.

IT IS SO ORDERED AND ADJUDGED.

Dated: __January 25__, 2018   By: _/s/ George H. Wu_____
                                      GEORGE H. WU, U.S. District Judge