**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUMA PICTURES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BETUEL, an individual,<br><br>Defendant. | Case No. CV 16-2625-GW(PLAx)<br><br>Honorable George H. Wu<br><br>**[~~XXXXXXX~~PROPOSED] ORDER ON PARTIES JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS** |

**[PROPOSED] ORDER ON PARTIES' JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS**

1920.201

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

The Court, having reviewed the Parties' Joint Stipulation to continue the hearing date for oral argument on Defendant's Motion for Attorney's Fees and Non-Taxable Costs by and between Plaintiff, Luma Pictures, Inc., and Defendant, Jonathan Betuel, and good cause being shown,

IT IS HEREBY ORDERED that:

The hearing for oral argument on Defendant's Motion for Attorney's Fees and Non-Taxable Costs shall be continued to March 29, 2018 at 8:30 a.m.  The Parties shall file and serve their respective opposition and reply (if Defendant so chooses) based off the new hearing date according to the Central District Local Rules.

Dated:   February 16, 2018     By: _____
HON. GEORGE H. WU
United States District Court Judge

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1920.201

1

**[PROPOSED] ORDER ON PARTIES' JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document:

**[PROPOSED] ORDER ON PARTIES JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS**

with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 12, 2018.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 12, 2018 in Los Angeles, California.

Dated: February 12, 2018         */s/ Drew H. Sherman*
                                 Drew H. Sherman, Esq.